IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| PETER J. WELLIN, *et al.*, | ) | |
| | ) | No. 2:15-cv-1171-DCN |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WENDY WELLIN, *individually and as Trustee* | ) | **ORDER** |
| *of the Keith S. Wellin Florida Revocable Living* | ) | **APPOINTING** |
| *Trust u/a/d December 11, 2011*, | ) | **SPECIAL MASTER** |
| | ) | |
| Defendant. | ) | |

The court appoints **William L. Howard** pursuant to Federal Rule of Civil Procedure 53 to serve as a special master over all pre-trial non-dispositive matters and motions in this case.[1]  The court expressly incorporates its order appointing special master filed in three related cases:  Wellin v. Wellin, et al., No. 2:13-cv-1831; McDevitt v. Wellin, et al., No. 2:13-cv-3595; and Wellin, et al. v. Wellin, No. 2:14-cv-4067.

**AND IT IS SO ORDERED**.

DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

**March 12, 2015**
**Charleston, South Carolina**

---

[1] The parties may request that the court hear a particular motion without involving the special master.  Any such request should be noted on the first page of the motion.  It is within the court's discretion whether to address the motion itself or to have the special master address the motion.

1